IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY L. BEALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-1182-C |
| | ) | |
| KYLE FIELDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bernard M. Jones, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Jones entered a Report and Recommendation on November 22, 2016, recommending dismissal for failure to pay the filing fee or to file a properly supported motion for leave to proceed in forma pauperis. Plaintiff has now submitted a request to proceed in forma pauperis with the required statement of institutional account.

Accordingly, the Report and Recommendation (Dkt. No. 7) is adopted, in part, but because the required documents have now been received, this matter is again recommitted to the Magistrate Judge under the original Order of Referral.

IT IS SO ORDERED this 28th day of November, 2016.

ROBIN J. CAUTHRON
United States District Judge